## UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri

## AMENDED Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/19/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>William Robert Bowling II<br>aka Rob Bowling<br>aka William Bowling<br>aka Robert Bowling<br>1440 Forum Drive<br>Apt. 213<br>Rolla, MO 65401 | |
| Case Number:<br>04–40684 –A293 | Social Security/Taxpayer ID Nos.:<br>xxx–xx–2895 |
| Attorney for Debtor(s) (name and address):<br>Stephen W. Daniels<br>Daniels Law Office<br>610 N. Olive St.<br>Rolla, MO 65401<br>Telephone number:  (573) 341–2104 | Bankruptcy Trustee (name and address):<br>E. Rebecca Case<br>7733 Forsyth Blvd.<br>Suite 500<br>Saint Louis, MO 63105<br>Telephone number:  (314) 721–7011 |

### Meeting of Creditors:

Date:  **February 18, 2004**                    Time:  **01:30 PM**

Location:  **Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, Twenty–second Floor, Room 22.304, St. Louis, MO 63102**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 4/19/04

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 111 South Tenth Street<br>Fourth Floor<br>St. Louis, MO 63102<br>Telephone numbers:  (314) 244–4500<br>VCIS number:(314) 244–4999<br>Toll Free VCIS number: 1–888–223–6431 | Clerk of the Bankruptcy Court:<br>Dana C. McWay<br><br>_____<br>**General Information:**<br>Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website:<br>http://www.moeb.uscourts.gov<br><br>Copies of documents filed in this case can be obtained from the Court in person. Case status information is available 24 hours a day by contacting VCIS. |
| Office Hours:  Monday – Friday 8:30 a.m. – 4:30 p.m. | Date:  1/23/04 |

# EXPLANATIONS

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Creditors May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Do Not File of Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| **Abandonment of Property** | At the meeting of creditors, the Trustee may announce the abandonment of specific property of the estate that is burdensome or of inconsequential value. Any objection to this abandonment must be filed in writing with the Clerk's Office and the Trustee within 15 days after the conclusion of the meeting of creditors. |

## –– Refer to Other Side for Important Deadlines and Notices ––

**Debtor information needed at the meeting of creditors:**
- Most recently filed federal and state tax returns
- W–2(or W–4) forms
- Deeds to any real estate in which the debtor has any interest
- Savings, checking and investment account statements

- Life insurance policies on debtor's life or lives of debtor's spouse or children
- Pay stubs or other earning statements covering the pay period during which the bankruptcy case was filed
- Records of any amounts withheld under a garnishment or levy at the time the bankruptcy case was filed

**Debtor Identification:**

Effective February 25, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed or denial of your discharge, and/or criminal referral. Acceptable forms of picture identification (ID) include an original: 1)driver's license, 2)federal or state government ID, 3)student id, 4)U.S. passport, 5)military ID, or 6)resident alien card. Acceptable forms of proof of social security number include an original: 1)social security card, 2)medical insurance card, 3)pay stub, 4)W–2 form, 5)Internal Revenue Service Form 1099, or 6)Social Security Administration (SSA) report.

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

The following entities were served by first class mail on Jan 25, 2004.

```
db          William Robert Bowling, II,  1440 Forum Drive,  Apt. 213,  Rolla, MO 65401
aty         Stephen W. Daniels,  Daniels Law Office,  610 N. Olive St.,  Rolla, MO  65401
tr          E. Rebecca Case,  7733 Forsyth Blvd.,  Suite 500,  Saint Louis, MO  63105
ust         Office of U.S. Trustee,  111 South Tenth Street,  Suite 6353,  St. Louis, MO  63102
4057683     2-Tel Communications, Inc.,  601 S Harbour Island Blvd Ste 220,  Tampa, FL  33602-5925
4057686     AT&T,  Dept 64765,  Detroit, MI  48264-0001
4057685     AT&T,  PO Box 64765,  Detroit, MI  48264-0765
4057684     Adams, Stevens And Bradley, Ltd.,  Empire State Building,  350 5th Ave Ste 1822,
               New York, NY  10118-1822
4057687     Berlin Wheeler,  Berlin Wheeler,  P. O. Box 463,  Jefferson City, MO  65101
4057688     Columbia House,  Columbia House,  1400 S Fruitridge Ave,  Terre Haute, IN  47803-2464
4057689     Credit World Services, Inc.,  6000 Martway St,  Shawnee Mission, KS  66202-3339
4057690     Diagnostic Imaging Centers,  Billings,  6724 Troost Ave,  Kansas City, MO  64131-1512
4057691     Dymacol, Inc.,  3070 Lawson Blvd,  Oceanside, NY  11572-2711
4057692     ENB Brookings,  PO Box 6000,  Brookings, SD  57006-6000
4057693     Executive Financial Consultant, Inc.,  310 Armour Rd,  Kansas City, MO  64116-3506
4057694     Financial Asset Management Systems,  PO Box 620429,  Atlanta, GA  30362-2429
4057695     Financial Asset Management Systems, Inc.,  PO Box 620429,  Atlanta, GA  30362-2429
4057696     Gashland Clinic,  9411 N Oak Trfy Lowr,  Kansas City, MO  64155-2262
4057697     General Account Service, Inc.,  2024 Swift Ave,  Kansas City, MO  64116-3478
4057698     George H. Nichols,  5037 Lydia Ave,  Kansas City, MO  64110-2327
4057699     Harold C. Stephens,  6403 N Indiana Ave,  Gladstone, MO  64119-1301
4057700     Hospital Hill Health Serv. Corp.,  2310 Holmes St,  Kansas City, MO  64108-2634
4057701     Interstate Collection Bureau,  413 S Liberty St,  Independence, MO  64050-3804
4057702     Lutheran Medical Center,  150 55th St,  Brooklyn, NY  11220-2559
4057703     MAST Ambulance,  6750 Eastwood Trfy,  Kansas City, MO  64129-1935
4057704     MCI,  MCI,  PO Box 4600,  Iowa City, IA  52244-4600
4057705     MCI Worldcom,  PO Box 4600,  Iowa City, IA  52244-4600
4057706     Medicredit Corp,  3620 Interstate 70 Dr SE,  Columbia, MO  65201-6582
4057707     MetTel,  Metropolitan Communications,  301 Park Ave,  New York, NY  10022-6844
4057708     NCO Financial Services,  NCO Financial Services,  507 Prudential Rd,  Horsham, PA  19044-2308
4057709     New York Methodist Hospital,  PO Box 5803,  New York, NY  10087-5803
4057710     North Kansas City Hospital,  Attn: Patient Accounts,  2800 Clay Edwards Dr,
               Kansas City, MO  64116-3220
4057711     OSI Collectionn Services, Inc.,  PO Box 550720,  Jacksonville, FL  32255-0720
4057712     Phelps County Regional Medical Center,  1000 W 10th St,  Rolla, MO  65401-2905
4057713     Plaza Apartment Center,  Plaza Apartment Center,  700 Ward Pkwy,  Kansas City, MO  64112-2022
4057714     Professional Account Services Inc.,  6400 Glenwood St,  Shawnee Mission, KS  66202-4016
4057715     Providian Financial,  PO Box 194850,  San Francisco, CA  94119-4850
4057719     RMA: Risk Management Alternatives, Inc.,  7775 Baymeadows Way Ste 302,
               Jacksonville, FL  32256-7532
4057716     Reliable Adjustment Bureau,  685 Cochran St,  Simi Valley, CA  93065-1925
4057717     Reliable Adjustment Bureau,  2655A Park Center Dr,  Simi Valley, CA  93065-6209
4057718     Risk Management Alternatives Inc.,  802 E Martintown Rd Ste 201,  North Augusta, SC  29841-5317
4057721     SBC Southwestern Bell,  530 Mccullough Ave,  San Antonio, TX  78215-2104
4057722     Sprint / UTS,  PO Box 7086,  London, KY  40742-7086
4057723     St. Lukes Northland,  Clinics Billing 5830 NW,  5830 NW Barry Rd,  Kansas City, MO  64154-2778
4057724     Sterling Bank Trust,  PO Box 1170,  Royal Oak, MI  48068-1170
4057725     U.S. Sprint,  PO Box 569670,  Dallas, TX  75356-9670
4057726     University Of Missouri - Rolla,  UMR Cashiers Office, G-4 Parker Hall,  1870 Miner Cir,
               Rolla, MO  65409-0001
4057727     Verizon / Bell Atlantic,  1095 Avenue Of The Americas,  New York, NY  10036-6797
4057728     Verizon / GTE,  1095 Avenue Of The Americas,  New York, NY  10036-6797
4057729     William Lawrence Hall, Atty,  233 W Walnut St,  Independence, MO  64050-3825
```

The following entities were served by electronic transmission on Jan 24, 2004 and receipt of the transmission
was confirmed on:

```
4057715     EDI: PROVID.COM Jan 24 2004 08:15:00     Providian Financial,  PO Box 194850,
               San Francisco, CA  94119-4850
4057720     EDI: WTRRNBANK.COM Jan 24 2004 08:15:00     RNB - Target,  3701 Wayzata Blvd,
               Minneapolis, MN  55416-3401
4057727     EDI: AFNIVERIZONE.COM Jan 24 2004 08:15:00     Verizon / Bell Atlantic,
               1095 Avenue Of The Americas,  New York, NY  10036-6797
4057728     EDI: AFNIVERIZONE.COM Jan 24 2004 08:15:00     Verizon / GTE,  1095 Avenue Of The Americas,
               New York, NY  10036-6797
```
                                                                              TOTAL: 4

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2004**                    **Signature:**