**UNITED STATES BANKRUPTCY COURT**
**Eastern District Of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

CASE NO.:04–40684
Judge: David P. McDonald

IN RE: Debtor(s)
William Robert Bowling II
aka
aka
aka
Rob Bowling
William Bowling
Robert Bowling
xxx–xx–2895
1440 Forum Drive
Apt. 213
Rolla, MO 65401

## DISCHARGE OF DEBTOR

It appears that a petition commencing a case under title 11, United States Code, was filed by or against the person named above on 1/19/04, and that an order for relief was entered under chapter 7 and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the Court [or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained];

IT IS ORDERED THAT:

1. The above–named debtor is released from all dischargeable debts.
2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:
   a. debts dischargeable under 11 U.S.C. Section 523;
   b. unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2),(4),(6) and (15) of 11 U.S.C. Section 523(a);
   c. debts determined by this court to be discharged.
3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above–named debtor.

                                                           **BY THE COURT**

Dated: 4/20/04                                           /s/ David P. McDonald
                                                            **United States Bankruptcy Judge**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 0865-4          User: admin               Page 1 of 2              Date Rcvd: Apr 21, 2004
Case: 04-40684                Form ID: b18j             Total Served: 50

The following entities were served by first class mail on Apr 23, 2004.
```
db         William Robert Bowling, II,   1440 Forum Drive,   Apt. 213,   Rolla, MO  65401
aty        Stephen W. Daniels,   Daniels Law Office,   610 N. Olive St.,   Rolla, MO  65401
tr         E. Rebecca Case,   7733 Forsyth Blvd.,   Suite 500,   Saint Louis, MO  63105
4057683    2-Tel Communications, Inc.,   601 S Harbour Island Blvd Ste 220,   Tampa, FL  33602-5925
4057686    AT&T,   Dept 64765,   Detroit, MI  48264-0001
4057685    AT&T,   Po Box 64765,   Detroit, MI  48264-0765
4057684    Adams, Stevens And Bradley, Ltd.,   Empire State Building,   350 5th Ave Ste 1822,
             New York, NY  10118-1822
4057687    Berlin Wheeler,   Berlin Wheeler,   P. O. Box 463,   Jefferson City, MO  65101
4057688    Columbia House,   Columbia House,   1400 S Fruitridge Ave,   Terre Haute, IN  47803-2464
4057689    Credit World Services, Inc.,   6000 Martway St,   Shawnee Mission, KS  66202-3339
4057690    Diagnostic Imaging Centers,   Billings,   6724 Troost Ave,   Kansas City, MO  64131-1512
4057691    Dymacol, Inc.,   3070 Lawson Blvd,   Oceanside, NY  11572-2711
4057692    ENB Brookings,   PO Box 6000,   Brookings, SD  57006-6000
4057693    Executive Financial Consultant, Inc.,   310 Armour Rd,   Kansas City, MO  64116-3506
4057694    Financial Asset Management Systems,   PO Box 620429,   Atlanta, GA  30362-2429
4057695    Financial Asset Management Systems, Inc.,   PO Box 620429,   Atlanta, GA  30362-2429
4057696    Gashland Clinic,   9411 N Oak Trfy Lowr,   Kansas City, MO  64155-2262
4057697    General Account Service, Inc.,   2024 Swift Ave,   Kansas City, MO  64116-3478
4057698    George H. Nichols,   5037 Lydia Ave,   Kansas City, MO  64110-2327
4057699    Harold C. Stephens,   6403 N Indiana Ave,   Gladstone, MO  64119-1301
4057700    Hospital Hill Health Serv. Corp.,   2310 Holmes St,   Kansas City, MO  64108-2634
4057701    Interstate Collection Bureau,   413 S Liberty St,   Independence, MO  64050-3804
4057702    Lutheran Medical Center,   150 55th St,   Brooklyn, NY  11220-2559
4057703    MAST Ambulance,   6750 Eastwood Trfy,   Kansas City, MO  64129-1935
4057704    MCI,   MCI,   PO Box 4600,   Iowa City, IA  52244-4600
4057705    MCI Worldcom,   PO Box 4600,   Iowa City, IA  52244-4600
4057706    Medicredit Corp,   3620 Interstate 70 Dr SE,   Columbia, MO  65201-6582
4057707    MetTel,   Metropolitan Communications,   301 Park Ave,   New York, NY  10022-6844
4057708    NCO Financial Services,   NCO Financial Services,   507 Prudential Rd,   Horsham, PA  19044-2308
4057709    New York Methodist Hospital,   PO Box 5803,   New York, NY  10087-5803
4057710    North Kansas City Hospital,   Attn: Patient Accounts,   2800 Clay Edwards Dr,
             Kansas City, MO  64116-3220
4057711    OSI Collectionn Services, Inc.,   PO Box 550720,   Jacksonville, FL  32255-0720
4057712    Phelps County Regional Medical Center,   1000 W 10th St,   Rolla, MO  65401-2905
4057713    Plaza Apartment Center,   Plaza Apartment Center,   700 Ward Pkwy,   Kansas City, MO  64112-2022
4057714    Professional Account Services Inc.,   6400 Glenwood St,   Shawnee Mission, KS  66202-4016
4057715    Providian Financial,   PO Box 194850,   San Francisco, CA  94119-4850
4057719    RMA: Risk Management Alternatives, Inc.,   7775 Baymeadows Way Ste 302,
             Jacksonville, FL  32256-7532
4057716    Reliable Adjustment Bureau,   685 Cochran St,   Simi Valley, CA  93065-1925
4057717    Reliable Adjustment Bureau,   2655A Park Center Dr,   Simi Valley, CA  93065-6209
4057718    Risk Management Alternatives Inc.,   802 E Martintown Rd Ste 201,   North Augusta, SC  29841-5317
4057721    SBC Southwestern Bell,   530 Mccullough Ave,   San Antonio, TX  78215-2104
4057722    Sprint / UTS,   PO Box 7086,   London, KY  40742-7086
4057723    St. Lukes Northland,   Clinics Billing 5830 NW,   5830 NW Barry Rd,   Kansas City, MO  64154-2778
4057724    Sterling Bank Trust,   PO Box 1170,   Royal Oak, MI  48068-1170
4057725    U.S. Sprint,   PO Box 569670,   Dallas, TX  75356-9670
4057726    University Of Missouri - Rolla,   UMR Cashiers Office, G-4 Parker Hall,   1870 Miner Cir,
             Rolla, MO  65409-0001
4057727    Verizon / Bell Atlantic,   1095 Avenue Of The Americas,   New York, NY  10036-6797
4057728    Verizon / GTE,   1095 Avenue Of The Americas,   New York, NY  10036-6797
4057729    William Lawrence Hall, Atty,   233 W Walnut St,   Independence, MO  64050-3825
```

The following entities were served by electronic transmission on Apr 22, 2004 and receipt of the transmission was confirmed on:
```
4057715    EDI: PROVID.COM Apr 22 2004 07:10:00     Providian Financial,   PO Box 194850,
             San Francisco, CA  94119-4850
4057720    EDI: WTRRNBANK.COM Apr 22 2004 07:10:00     RNB - Target,   3701 Wayzata Blvd,
             Minneapolis, MN  55416-3401
4057727    EDI: AFNIVERIZONE.COM Apr 22 2004 07:10:00     Verizon / Bell Atlantic,
             1095 Avenue Of The Americas,   New York, NY  10036-6797
4057728    EDI: AFNIVERIZONE.COM Apr 22 2004 07:10:00     Verizon / GTE,   1095 Avenue Of The Americas,
             New York, NY  10036-6797
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2004**                                **Signature:**   *Joseph Speetjens*